IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| HENRY J. CLARK,<br>    Plaintiff,<br><br>v.<br><br>SAXON MORTGAGE COMPANY, et al<br>    Defendants. | § § § § § § § § § | Case No. _____ |

## TRANSUNION'S NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Comes now, Defendant Trans Union LLC ("Trans Union"), and files this, its Notice of Removal, and in support thereof, would respectfully show the Court as follows:

### A. Procedural Background

1. Plaintiff in this matter is Henry J. Clark ("Plaintiff"). Saxon Mortgage Company ("Saxon"), Equifax Information Services, LLC, ("Equifax") erroneously sued as Equifax Credit Information Services, Inc., Experian Information Solutions, Inc. ("Experian"), and Trans Union LLC ("TransUnion"), are named as the Defendants.

2. On February 19, 2010, Plaintiff filed this action in the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, Cause No. C587635, entitled *Henry J. Clark v. Saxon Mortgage Company* ("State Court Action"), alleging that Defendant Saxon violated the Fair Credit Reporting Act and certain Louisiana state laws.

3. On January 11, 2001, Plaintiff filed his First Supplemental and Amending Petition for Damages and Other Relief ("Petition") adding Trans Union, Equifax, and Experian as Defendants. Trans Union, Equifax, and Experian were served with the Petition on January 26,

2011. Saxon was served with Plaintiff's Petition on February 2, 2011. This Notice of Removal is being filed within the thirty (30) day time period required by 28 U.S.C. § 1446(b).

4. The time period for filing a responsive pleading in the State Court Action has not expired as of the filing of this Notice of Removal. Two orders have been entered in the State Court Action, one granting Plaintiff's original counsel's request to withdraw as counsel of record and the second granting Plaintiff's request to file the Petition, as of the filling of this Notice of Removal.

### B. Grounds for Removal

5. The present suit is an action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331 and may be removed to this Court by Defendant Trans Union pursuant to the provisions of 28 U.S.C. § 1441(b), as it is a civil action founded on a claim or right arising under the laws of the United States. Removal is thus proper because Plaintiff's claims present a federal question. 28 U.S.C. § 1441(b). In the Complaint, Plaintiff seeks damages for Defendants' alleged violations of the Federal Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. Moreover, any present and future claims based on state law may be adjudicated by this Court pursuant to 28 U.S.C. § 1367.

### C. Compliance with Procedural Requirements

6. Pursuant to 28 U.S.C. § 1446(b), this Notice is being filed with this Court within thirty (30) days after the Defendant was first served with the Petition, received a copy of Plaintiff's initial pleading setting forth the claims for relief upon which Plaintiff's action is based.

7. Pursuant to 28 U.S.C. § 1441(a), venue of the removal action is proper in this Court because it is in the district and division embracing the place where the state court action is pending.

8. Promptly after the filing of this Notice of Removal, Trans Union shall give written notice of the removal to the Plaintiff and will file a copy of this Notice of Removal with the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana as required by 28 U.S.C. § 1446(d).

9. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders in the State Court Action is attached hereto as **Exhibit A**.

10. Trial has not commenced in the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana.

11. All Defendants that have been served upon the date of filing of this Notice of Removal consent to the removal of this case. The Joinder in the Removal from Saxon, Experian, and Equifax, are attached hereto as **Exhibit B**.

WHEREFORE, Trans Union LLC respectfully prays that the action be removed to this Court and that this Court assume full jurisdiction as if it had been originally filed here.

Dated this 7th day of February, 2011.

Respectfully submitted,

/s/ Glenn P. Orgeron
Glenn P. Orgeron
Louisiana Bar No. 10235
Kean Miller Hawthorne D'Armond
McCowan & Jarman, LLP
909 Poydras Street, 14th Floor
New Orleans, LA 70112
Telephone: (504) 585-3048
Facsimile: (504) 585-3051
Email: glenn.orgeron@keanmiller.com
**COUNSEL FOR TRANSUNION LLC**

## CERTIFICATE OF SERVICE

This is to certify that on the 7th of February, 2011, a true and correct copy of the above and foregoing document has been electronically filed with the foregoing Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel:

Joseph G. Albe
Joseph G. Albe Attorney at Law
2331 Canal Street
New Orleans, LA 70119
***Counsel for Plaintiff***

K. Ann Broussard
King & Spalding LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
***Counsel for Equifax***

Raymond A. Chenault, T.A.
McGlinchey Stafford, PLLC
1001 McKinney Street, Suite 1500
Houston, TX 77002
***Counsel for Saxon Mortgage Company***

Nancy Brechtel, Esq.
Cotten Schmidt & Abbott, L.L.P.
650 Poydras St., Ste. 2810
New Orleans, Louisiana 70130
***Counsel for Experian***

/s/ Glenn P. Orgeron
GLENN P. ORGERON