# EXHIBIT A

002230 08300

POWERS, SELLERS, MIXON & CHAPOTON, L.L.P.
ATTORNEYS AT LAW
7967 OFFICE PARK BLVD.
POST OFFICE BOX 15948
BATON ROUGE, LOUISIANA 70895
(225) 926-1951

FACSIMILE (225) 929-9834

Douglas M. Chapoton
dchapoton@powersfirm.com

February 9, 2010

Clerk of Court
Parish of East Baton Rouge
222 St. Louis Street
P.O. Box 1991
Baton Rouge, LA 70821

**RECEIVED**

FEB 11 2010

RE:   Henry J. Clark vs.  Saxon Mortgage Company
      New Suit
      Our File No.:   10188-1

SUIT ACCNTG.
19TH JUDICIAL COURT

Dear Clerk:

Please find enclosed an original and two copies of a Petition for Damages in the referenced matter.  Please file the petition into the suit record.  Please also serve the entity shown on the service page.  Please return a file-stamped copy of the pleading to me in the enclosed envelope.

I have also enclosed my firm check in the amount of $470.00 to cover the cost for filing this petition.

Thank you for your assistance, and if you have any questions, please contact me.

Very truly yours,

Douglas M. Chapoton

DMC/mbb
Enclosures
cc:   Mr. Henry J. Clark
      Saxon Mortgage Company

REC'D C.P.

FEB 19 2010

#159258v1<POWERS> -Clerk - Petition

002230 08300

POWERS, SELLERS, MIXON & CHAPOTON, L.L.P.
ATTORNEYS AT LAW
7967 OFFICE PARK BLVD.
POST OFFICE BOX 15948
BATON ROUGE, LOUISIANA 70895
(225) 928-1951

Douglas M. Chapoton
dchapoton@powersfirm.com

FACSIMILE (225) 928-9834

February 9, 2010

Clerk of Court
Parish of East Baton Rouge
222 St. Louis Street
P.O. Box 1991
Baton Rouge, LA 70821

**RECEIVED**

FEB 11 2010

SUIT ACCNTG.
19TH JUDICIAL COURT

RE:   Henry J. Clark vs.  Saxon Mortgage Company
      New Suit
      Our File No.:   10188-1

Dear Clerk:

    Please find enclosed an original and two copies of a Petition for Damages in the referenced matter.  Please file the petition into the suit record.  Please also serve the entity shown on the service page.  Please return a file-stamped copy of the pleading to me in the enclosed envelope.

    I have also enclosed my firm check in the amount of $470.00 to cover the cost for filing this petition.

    Thank you for your assistance, and if you have any questions, please contact me.

                                    Very truly yours,

                                    Douglas M. Chapoton

DMC/mbb
Enclosures
cc:   Mr. Henry J. Clark
      Saxon Mortgage Company

**REC'D C.P.**

FEB 19 2010

#159258v1<POWERS> -Clerk - Petition

002230 084000

587635

HENRY J. CLARK

VS.

SAXON MORTGAGE COMPANY

SUIT NO:          DIVISION

19ᵀᴴ JUDICIAL DISTRICT COURT

EAST BATON ROUGE PARISH

STATE OF LOUISIANA

SEC 23

FEB 1 9 2010

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel comes plaintiff, Henry J. Clark ("Clark"), a person of the full age of majority, domiciled in the Parish of East Baton Rouge, State of Louisiana, who respectfully represents that:

1.

Made defendant herein is Saxon Mortgage Company, a foreign corporation, authorized to do and doing business in the State of Louisiana.

2.

Clark is the owner of a certain immovable property and the improvements thereon located in East Baton Rouge Parish, State of Louisiana. The property bears municipal address 1125 Mavis Drive, Baton Rouge, Louisiana.

3.

This property was burdened with a mortgage in favor of AMC Mortgage Services, bearing loan number LN 0055188171.

4.

On or about July 7, 2006, Clark refinanced the mortgage with AMC Mortgage Services through lender, Prime Key Mortgage, LLC.

5.

On July 7, 2006, Clark executed a note in the amount of $121,050.00 bearing an interest rate of 9.990% with the first payment being due on September 1, 2006.

6.

Said note was secured with a mortgage burdening the property located at 1125 Mavis Drive, Baton Rouge, Louisiana, 70810.

7.

Following the execution of the note and mortgage, Saxon Mortgage Company purchased the note and had the mortgage assigned to it pursuant to the terms of the mortgage agreement.

#159256v1<POWERS> -Petition for Damages

1

REC'D C.P.
FEB 19 2010

8.

In February and March 2008, Clark had made the required payments to Saxon Mortgage Company.

9.

Despite the timely payments, Saxon Mortgage Company, through a clerical errors and/or other negligence, reported Clark 30 and/or 60 days late to the three credit reporting firms known as Equifax, Experian, and Trans Union.

10.

Clark hired a law firm who specializes in removal of improperly reported credit issues. Because Saxon Mortgage Company incorrectly reported it, the notification of the late mortgage payments was removed from Equifax. However, as of the time of filing this petition, Trans Union and Experian still have the faulty late mortgage payments noted on their services.

11.

From May 2008 to the present, Clark's credit score and his ability to obtain loans and other services has been greatly affected, and this has prohibited his ability to conduct business.

12.

Because of the faulty reporting of Saxon Mortgage Company, Clark has suffered damages in the non-exclusive following ways:

1)   Clark could not refinance his 2006 Volvo in order to increase cash flow;
2)   Clark could not refinance his Mavis Drive home in order to increase cash flow;
3)   Clark lost out on an investment opportunity of refinancing a HUD home in Baton Rouge because he could not get financing for $45,000.00 to buy the home, which he planned to repair and re-sell for approximately a $50,000.00 profit; and
4)   Clark could not obtain any type of financing to open his prospective business, Henry Seafood, LLC, which has caused him substantial lost profits.

13.

Saxon Mortgage Company is liable to Henry J. Clark for all reasonable damages and lost business profits as alleged above, plus interest from the date of judicial demand, and all costs of these proceedings.

14.

The negligent reporting of Saxon Mortgage Company has not been cured as of this date.

WHEREFORE, the plaintiff, Henry J. Clark, prays that this Petition for Damages be deemed good and sufficient, and after due proceedings are had, that there be a judgment in his favor and against the defendant, Saxon Mortgage Company, for a sum just and reasonable under the premises, for interest from the date of judicial demand until paid, and for all costs of these proceedings.

Respectfully submitted:

Douglas M. Chapoton  Bar #25616
POWERS, SELLERS, MIXON & CHAPOTON, LLP
7967 Office Park Boulevard  (70809)
Post Office Box 15948
Baton Rouge, Louisiana 70895
Telephone:     (225) 928-1951
Facsimile:      (225) 929-9834
Counsel for Henry J. Clark

PLEASE SERVE:

Saxon Mortgage Company
through its agent for service of process
The Prentice-Hall Corporation System, Inc.
320 Somerulos Street
Baton Rouge, LA 70802-6129

2402-10-016010

# CITATION

HENRY J. CLARK
(Plaintiff)

vs.

SAXON MORTGAGE COMPANY
(Defendant)

NUMBER  C587635 SECTION 23

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

TO:   SAXON MORTGAGE COMPANY
      THROUGH ITS AGENT FOR SERVICE OF PROCESS
      PRENTICE HALL CORPORATION SYSTEM, INC.
      320 SOMERULOS ST
      BATON ROUGE, LA 70802

GREETINGS:

Attached to this citation is a certified copy of the petition*.  The petition tells you what you are being sued for.

You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.  If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.

This citation was issued by the Clerk of Court for East Baton Rouge Parish on 20-FEB-2010.

                              Catherine D. Brandon, Deputy Clerk of Court for
                              Doug Welborn, Clerk of Court

Requesting Attorney: DOUGLAS M CHAPOTON

*The following documents are attached:
PETITION FOR DAMAGES

## SERVICE INFORMATION:

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:

PERSONAL SERVICE: On the party herein named at _____.

DOMICILIARY SERVICE: On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

SECRETARY OF STATE:  By tendering same to the within named, by handing same to _____.

DUE AND DILIGENT:  After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

RETURNED: Parish of _____, this _____ day of _____, 20_____.

SERVICE:   $_____
MILEAGE    $_____          Deputy Sheriff
TOTAL:     $_____          Parish of East Baton Rouge

CITATION - 2402

2403-10-018010

## CITATION

HENRY J. CLARK
(Plaintiff)

vs.

SAXON MORTGAGE COMPANY
(Defendant)

NUMBER  C587635 SECTION 23

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

**FILED**

FEB 2 5 2010

BARBARA THOMASSIE
E.B.R. CLERK OF COURT

TO:   SAXON MORTGAGE COMPANY
      THROUGH ITS AGENT FOR SERVICE OF PROCESS
      PRENTICE HALL CORPORATION SYSTEM, INC.
      320 SOMERULOS ST
      BATON ROUGE, LA 70802

GREETINGS:

Attached to this citation is a certified copy of the petition*. The petition tells you what you are being sued for.

You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana. If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for East Baton Rouge Parish on 20 FEB 2010.

Catherine D. Brandon, Deputy Clerk of Court for
Doug Welborn, Clerk of Court

Requesting Attorney: DOUGLAS M. CHAPOTON

*The following documents are attached:
PETITION FOR DAMAGES

---

### SERVICE INFORMATION:

Received on the 24 day of Feb, 20 10 and on the 24 day of Feb, 20 10, served on the above named party as follows:

PERSONAL SERVICE: On the party herein named at 320 Somerulos

DOMICILIARY SERVICE: On the within named _____ by leaving the same at his domicile in this parish in the hands of _____ a person of suitable age and discretion residing in the said domicile at _____.

SECRETARY OF STATE: By tendering same to the within named, by handing same to _____.

DUE AND DILIGENT: After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

RETURNED: Parish of _____ this _____ day of _____, 20 _____.

SERVICE:     $_____
MILEAGE:     $_____
TOTAL:       $_____

_____
Deputy Sheriff
Parish of East Baton Rouge

CITATION - 2403

⊝ McGLINCHEY STAFFORD PLLC ─────────────────────

ATTORNEYS AT LAW

LOUISIANA   MISSISSIPPI   NEW YORK   OHIO   TEXAS

RICHARD A. AGUILAR, ESQ.
(504) 596-2884
Fax (504) 596-0304
raguilar@mcglinchey.com

April 8, 2010

**POSTED**
APR 13 2010

**VIA FACSIMILE – (225) 389-5594**
J. Douglas Welborn
Clerk of Court
19th Judicial District Court
P.O. Drawer 1991
Baton Rouge, LA  70821

       Re:   *Henry J. Clark vs. Saxon Mortgage Company*
           19th Judicial District Court for the Parish of Baton Rouge
           No. C587635, Division "23"
           <u>Our File No.:  019046.0059</u>

Dear Mr. Welborn:

      Enclosed please find a copy of the *Defendant's Answer and Request for Notice*, which we would appreciate you fax filing into the above-captioned matter.  We will forward the original of these documents to you via U.S. Mail with a check to cover the necessary filing fees and a self-addressed and stamped envelope to return a conformed copy of same.

      As always, please call if you have any questions.

           Sincerely,

           McGlinchey Stafford, PLLC

           *Angie Christina/sro*

           Angelina Christina

AC/sro
Enclosure

cc:    Douglas M. Chapoton, Esq.

868038.1

**McGLINCHEY STAFFORD** PLLC

ATTORNEYS AT LAW

LOUISIANA   MISSISSIPPI   NEW YORK   OHIO   TEXAS

RICHARD A. AGUILAR, ESQ.
(504) 596-2884
Fax (504) 596-0304
raguilar@mcglinchey.com

April 8, 2010

<u>VIA FACSIMILE – (225) 389-5594</u>
J. Douglas Welborn
Clerk of Court
19th Judicial District Court
P.O. Drawer 1991
Baton Rouge, LA 70821

Re: *Henry J. Clark vs. Saxon Mortgage Company*
19th Judicial District Court for the Parish of Baton Rouge
No. C587635, Division "23"
<u>Our File No.: 019046.0059</u>

Dear Mr. Welborn:

Enclosed please find a copy of the *Defendant's Answer and Request for Notice*, which we would appreciate you fax filing into the above-captioned matter. We will forward the original of these documents to you via U.S. Mail with a check to cover the necessary filing fees and a self-addressed and stamped envelope to return a conformed copy of same.

As always, please call if you have any questions.

Sincerely,

McGlinchey Stafford, PLLC

*Angelina Christina* /sro

Angelina Christina

AC/sro
Enclosure

cc: Douglas M. Chapoton, Esq.

868038.1



McGLINCHEY STAFFORD PLLC          ATTORNEYS AT LAW

LOUISIANA   MISSISSIPPI   NEW YORK   OHIO   TEXAS

## MEMORANDUM OF TRANSMITTAL

April 8, 2010

TO:       J. Douglas Welborn, Clerk of Court
          Fax Number   225-389-5594

FROM:     Angelina Christina

RE:       Henry J. Clark v. Saxon Mortgage Co.

MESSAGES, NOTES, COMMENTS:
Please see attached Answer and Request for Notice in the above referenced matter.

NO. OF PAGES:     8 (Including Cover)

IF YOU EXPERIENCE DIFFICULTIES IN TRANSMISSION, OR DO NOT RECEIVE
ALL PAGES INDICATED, PLEASE CONTACT Shannie Ogle, AT 504-654-1124.
776812.1

Confidentiality Statement

"The information contained in this facsimile message is attorney privileged and confidential information intended only for the use of the individual or entity named
above. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any
disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately
notify us by telephone and return the original message to us at the above address via the United States Postal Service."

12ᵗʰ Floor, 601 Poydras Street • New Orleans, LA 70130 • (504) 586-1200 • Fax (504) 596-2800 • TDD (504) 596-2728 • www.mcglinchey.com

```
± ± ± COM  ICATION RESULT REPORT ( APR. 9. 2.   8:22AM ) *  *  *                    P. I

                                                      FAX HEADER : CLERK OF COURT

TRANSMITTED/STORED : APR. 9. 2010  8:15AM
FILE MODE      OPTION              ADDRESS                    RESULT        PAGE
-------------------------------------------------------------------------------------
782  MEMORY TX                     915045960304              E-3) 3)       0/1



-------------------------------------------------------------------------------------
REASON FOR ERROR
  E-1) HANG UP OR LINE FAIL                E-2) BUSY
  E-3) NO ANSWER                           E-4) NO FACSIMILE CONNECTION
```



# DOUG WELBORN
## CLERK OF COURT

19TH JUDICIAL DISTRICT COURT
PARISH OF EAST BATON ROUGE

Suit Accounting Dept.

P.O. Box 1991
Baton Rouge, LA 70821-1991
Tel: (225) 389-3982
Fax: (225) 389-3392
www.ebrclerkofcourt.org

### FAX RECEIPT

NUMBER C587635  SECTION 23                         Date:   08-APR-2010
HENRY J CLARK
VS
SAXON MORTGAGE COMPANY ET AL

To:   ANGELINA CHRISTINA
      MCGLINCHEY STAFFORD
      601 POYDRAS ST 12TH FL
      NEW ORLEANS LA 70130

Item(s) Received: ANSWER

Total Amount Due  $ 104.00

The Clerk of Court's office has received, by facsimile transmission, documents in the above referenced case.  It has been filed as of this date.  In accordance with R.S. 13:850 (B), the original and applicable fees should be forwarded to this office within five (5) days.

In accordance with 13:850 (B) (3), a transmission fee of $5.00 should be forwarded to the Clerk of Court with the original document.  The fax filing fee is necessary even if filing in forma pauperis.

**NO FURTHER ACTION WILL BE TAKEN WITH THIS DOCUMENT UNTIL THE ORIGINAL AND NECESSARY FILING FEES ARE RECEIVED IN THIS OFFICE.**

**SERVICE/SUBPOENA REQUESTS WILL NOT BE ISSUED FROM FAX-ISSUANCE BY ORIGINAL REQUESTS ONLY!**

**PLEASE ATTACH THIS RECEIPT TO YOUR ORIGINAL. IF FILING IN PERSON, NOTIFY FILING CLERK OF PREVIOUS FAX.**

D. BECNEL
*Deputy Clerk of Court for*
*Doug Welborn, Clerk of Court*          S249 – LTR / FAX RECT


EBR55543

COMMUNICATION RESULT REPORT ( APR. 9.2010 11:16AM )                    P. 1

FAX HEADER:  CLERK OF COURT

TRANSMITTED/STORED : APR. 9.2010 11:15AM
FILE  MODE        OPTION                ADDRESS                    RESULT    PAGE
-----------------------------------------------------------------------------------
793  MEMORY TX                          915049109407               OK        1/1
-----------------------------------------------------------------------------------
REASON FOR ERROR
E-1) HANG UP OR LINE FAIL                E-2) BUSY
E-3) NO ANSWER                           E-4) NO FACSIMILE CONNECTION



## DOUG WELBORN
### CLERK OF COURT

19ᵀᴴ JUDICIAL DISTRICT COURT
PARISH OF EAST BATON ROUGE

Suit Accounting Dept.
P.O. Box 1991
Baton Rouge, LA 70821-1991
Tel: (225) 389-3982
Fax: (225) 389-3392
www.ebrclerkofcourt.org

### FAX RECEIPT

NUMBER C587635 SECTION 23                    Date:   08-APR-2010
HENRY J CLARK
VS
SAXON MORTGAGE COMPANY ET AL

To:  ANGELINA CHRISTINA
     MCGLINCHEY STAFFORD
     601 POYDRAS ST 12TH FL
     NEW ORLEANS LA 70130

Item(s) Received: ANSWER

Total Amount Due  $ 104.00

The Clerk of Court's office has received, by facsimile transmission, documents in the above referenced case.  It has been filed as of this date.  In accordance with R.S. 13:850 (B), the original and applicable fees should be forwarded to this office within five (5) days.

In accordance with 13:850 (B) (3), a transmission fee of $5.00 should be forwarded to the Clerk of Court with the original document.  The fax filing fee is necessary even if filing in forma pauperis.

NO FURTHER ACTION WILL BE TAKEN WITH THIS DOCUMENT
UNTIL THE ORIGINAL AND NECESSARY FILING FEES ARE RECEIVED
IN THIS OFFICE.

SERVICE/SUBPOENA REQUESTS WILL NOT BE ISSUED FROM FAX-
ISSUANCE BY ORIGINAL REQUESTS ONLY!

PLEASE ATTACH THIS RECEIPT TO YOUR ORIGINAL.
IF FILING IN PERSON, NOTIFY FILING CLERK OF PREVIOUS FAX.

D. BECNEL
Deputy Clerk of Court for
Doug Welborn, Clerk of Court

S249 – LTR / FAX RECT


EBR55543

19th JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

NO. C587635                                              DIVISION "23"

HENRY J. CLARK

VERSUS                          COST OK Amt. _Billed 104_   _c̲s̲ B̲_

SAXON MORTGAGE COMPANY          APR 1 2 2010

                                BY_____
                                       DY CLERK OF COURT

FILED:_____

                    DEPUTY CLERK

SAXON'S ANSWER

Saxon Mortgage Services, Inc., incorrectly named by Plaintiff as Saxon Mortgage Company, respectfully submits the following Answer to the Petition filed by Plaintiff, Henry J. Clark ("Plaintiff").

1.

SAXON admits that it is a foreign corporation authorized to do business in the State of Louisiana.

2.

SAXON denies the allegations of Paragraph 2 for lack of sufficient information.

3.

SAXON denies the allegations of Paragraph 3 for lack of sufficient information.

4.

SAXON denies the allegations of Paragraph 4 for lack of sufficient information.

5.

SAXON denies the allegations of Paragraph 5 for lack of sufficient information.

6.

SAXON denies the allegations of Paragraph 6 for lack of sufficient information.

7.

SAXON denies the allegations of Paragraph 7 for lack of sufficient information.

8.

SAXON denies the allegations of Paragraph 8 for lack of sufficient information.

314540.1

FAX COPY FILED  _4-8-10_
ORIGINAL FILED  _4-12-10_

9.

SAXON denies each allegation contained in Paragraph 9.

10.

SAXON denies the allegations of Paragraph 10 for lack of sufficient information.

11.

SAXON denies each allegation contained in Paragraph 11.

12.

SAXON denies each allegation contained in Paragraph 12 and its subparts.

13.

SAXON denies each allegation contained in Paragraph 13.

14.

SAXON denies each allegation contained in Paragraph 14.

The closing unnumbered paragraph of the Petition constitutes a prayer for relief, which requires no response from SAXON. Nevertheless, SAXON denies that Plaintiff is entitled to any of the relief sought in his prayer for relief.

AS AFFIRMATIVE DEFENSES, SAXON asserts as follows:

<u>FIRST AFFIRMATIVE DEFENSE</u>

Plaintiff's Petition fails to state a claim or cause of action upon which relief can be granted.

<u>SECOND AFFIRMATIVE DEFENSE</u>

SAXON specifically pleads the peremptory exceptions of no right of action and no cause of action.

<u>THIRD AFFIRMATIVE DEFENSE</u>

Any damages sustained by Plaintiff (the existence of which damages is denied) were the result of acts or omissions of parties other than SAXON, for which SAXON is not legally responsible.

314540.1

## FOURTH AFFIRMATIVE DEFENSE

SAXON specifically pleads the dilatory exceptions of vagueness or ambiguity of the Petition.

## FIFTH AFFIRMATIVE DEFENSE

Any claims asserted by Plaintiffs herein may be prescribed or barred by the applicable statute of limitations.

## SIXTH AFFIRMATIVE DEFENSE

Some or all of the State law claims asserted by Plaintiff are preempted by Federal law.

## SEVENTH AFFIRMATIVE DEFENSE

Some or all of the claims asserted by Plaintiff may be subject to binding arbitration.

## EIGHTH AFFIRMATIVE DEFENSE

SAXON has not breached any duty (the existence of which is denied) to Plaintiff.

## NINTH AFFIRMATIVE DEFENSE

Any damages sustained by Plaintiff (the existence of which damages is denied) were the result of acts or omissions of parties other than SAXON, for which SAXON is not legally responsible.

## TENTH AFFIRMATIVE DEFENSE

Plaintiff has not sustained any damages proximately caused by SAXON.

## ELEVENTH AFFIRMATIVE DEFENSE

SAXON reserves the right to assert any additional alternative defenses that my be discovered during the course of its investigation or discovery.

WHEREFORE, defendant SAXON prays as follows:

1.   That Plaintiff takes nothing by reason of his Petition, that judgment be rendered in favor of SAXON;

2.   That SAXON be awarded its costs of suit incurred in defense of this action; and

314540.1

3. For such other relief as the Court deems proper.

Dated: April 8, 2010.

Respectfully submitted,

*[signature]*

Raymond A. Chenault, T.A. (LA Bar No. 30438)
Angelina Christina (LA Bar No. 28530)
McGLINCHEY STAFFORD, PLLC
601 Poydras Street, Suite 1200
New Orleans, Louisiana 70130
Telephone (504) 586-1200
Facsimile (504) 596-2800
rchenault@mcglinchey.com
achristina@mcglinchey.com
**Attorneys For Defendant,
SAXON Mortgage Services, Inc.**

FILED

APR 12 2010

*[signature]*
DEPUTY CLERK OF COURT

314540.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been served upon the following counsel of record by depositing same in the U.S. Mail, postage prepaid and properly addressed, on this 8th day of April, 2010:

Douglas M. Chapoton
Powers, Sellers, Mixon & Chapoton, LLP
7967 Office Park Blvd (70809)
P.O. Box 15948
Baton Rouge, LA 70895
**Attorneys for Plaintiff**

_Angelina Christina_
Angelina Christina

**FILED**

APR 1 2 2010

DEPUTY CLERK OF COURT

314540.1

19th JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

NO. C587635                                              DIVISION "23"

HENRY J. CLARK

VERSUS

SAXON MORTGAGE COMPANY

FILED:_____    _____
                                         DEPUTY CLERK

<u>REQUEST FOR NOTICE</u>

    Saxon Mortgage Services, Inc. incorrectly named by Plaintiff as Saxon Mortgage

Company, Defendant, respectfully requests notice of all filings of pleadings, judgments, orders,

and the fixing of trial dates pursuant to Articles 1913, 1914, and 1572 of the Louisiana Code of

Civil Procedure.

Dated: April 8, 2010

                              Respectfully submitted,

                              Raymond A. Chenault, T.A. (LA Bar No. 30438)
                              Angelina Christina (LA Bar No. 28530)
                              MCGLINCHEY STAFFORD PLLC
                              601 Poydras Street. Suite 1200
                              New Orleans, LA  70130
                              Telephone: (504) 586-1200
                              Facsimile: (504) 596-2800
                              rchenault@mcglinchey.com
                              achristina@mcglinchey.com

                              **Attorneys for Defendant**
                              **Saxon Mortgage Services, Inc.**

FILED

APR 12 2010

DEPUTY CLERK OF COURT

314540.1


EBR58777

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that a copy of the above and foregoing has been served upon the following counsel of record by depositing same in the U.S. Mail, postage prepaid and properly addressed, on this 8th day of April, 2010:

Douglas M. Chapoton
Powers, Sellers, Mixon & Chapoton, LLP
7967 Office Park Blvd (70809)
P.O. Box 15948
Baton Rouge, LA 70895
**Attorneys for Plaintiff**

_Angelina Christina_
Angelina Christina

**FILED**

APR 1 2 2010

DEPUTY CLERK OF COURT

314540.1



# DOUG WELBORN
## CLERK OF COURT

19ᵀᴴ JUDICIAL DISTRICT COURT
PARISH OF EAST BATON ROUGE

Suit Accounting Dept.

P.O. Box 1991
Baton Rouge, LA 70821-1991
Tel: (225) 389-3982
Fax: (225) 389-3392
www.ebrclerkofcourt.org

## FAX RECEIPT

NUMBER C587635  SECTION 23                     Date:  08-APR-2010
HENRY J CLARK
VS
SAXON MORTGAGE COMPANY ET AL

To:    ANGELINA CHRISTINA
       MCGLINCHEY STAFFORD
       601 POYDRAS ST 12TH FL
       NEW ORLEANS LA 70130

Item(s) Received: ANSWER

Total Amount Due  $ 104.00

The Clerk of Court's office has received, by facsimile transmission, documents in the above referenced case.  It has been filed as of this date.  In accordance with R.S. 13:850 (B), the original and applicable fees should be forwarded to this office within five (5) days.

In accordance with 13:850 (B) (3), a transmission fee of $5.00 should be forwarded to the Clerk of Court with the original document.  The fax filing fee is necessary even if filing in forma pauperis.

### NO FURTHER ACTION WILL BE TAKEN WITH THIS DOCUMENT
### UNTIL THE ORIGINAL AND NECESSARY FILING FEES ARE RECEIVED
### IN THIS OFFICE.

### SERVICE/SUBPOENA REQUESTS WILL NOT BE ISSUED FROM FAX-
### ISSUANCE BY ORIGINAL REQUESTS ONLY!

### PLEASE ATTACH THIS RECEIPT TO YOUR ORIGINAL.
### IF FILING IN PERSON, NOTIFY FILING CLERK OF PREVIOUS FAX.

*D. BECNEL*
*Deputy Clerk of Court for*
*Doug Welborn, Clerk of Court*

5249 – LTR / FAX RECT


EBR55543

19th JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

NO. C587635                                    DIVISION "23"

HENRY J. CLARK

VERSUS

SAXON MORTGAGE COMPANY

FILED: _____    _____
                                              DEPUTY CLERK

<u>SAXON'S ANSWER</u>

Saxon Mortgage Services, Inc., incorrectly named by Plaintiff as Saxon Mortgage Company, respectfully submits the following Answer to the Petition filed by Plaintiff, Henry J. Clark ("Plaintiff").

1.

SAXON admits that it is a foreign corporation authorized to do business in the State of Louisiana.

2.

SAXON denies the allegations of Paragraph 2 for lack of sufficient information.

3.

SAXON denies the allegations of Paragraph 3 for lack of sufficient information.

4.

SAXON denies the allegations of Paragraph 4 for lack of sufficient information.

5.

SAXON denies the allegations of Paragraph 5 for lack of sufficient information.

6.

SAXON denies the allegations of Paragraph 6 for lack of sufficient information.

7.

SAXON denies the allegations of Paragraph 7 for lack of sufficient information.

8.

SAXON denies the allegations of Paragraph 8 for lack of sufficient information.

314540.1

EBR55542

9.

SAXON denies each allegation contained in Paragraph 9.

10.

SAXON denies the allegations of Paragraph 10 for lack of sufficient information.

11.

SAXON denies each allegation contained in Paragraph 11.

12.

SAXON denies each allegation contained in Paragraph 12 and its subparts.

13.

SAXON denies each allegation contained in Paragraph 13.

14.

SAXON denies each allegation contained in Paragraph 14.

The closing unnumbered paragraph of the Petition constitutes a prayer for relief, which requires no response from SAXON. Nevertheless, SAXON denies that Plaintiff is entitled to any of the relief sought in his prayer for relief.

AS AFFIRMATIVE DEFENSES, SAXON asserts as follows:

### FIRST AFFIRMATIVE DEFENSE

Plaintiff's Petition fails to state a claim or cause of action upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

SAXON specifically pleads the peremptory exceptions of no right of action and no cause of action.

### THIRD AFFIRMATIVE DEFENSE

Any damages sustained by Plaintiff (the existence of which damages is denied) were the result of acts or omissions of parties other than SAXON, for which SAXON is not legally responsible.

314540.1

## FOURTH AFFIRMATIVE DEFENSE

SAXON specifically pleads the dilatory exceptions of vagueness or ambiguity of the Petition.

## FIFTH AFFIRMATIVE DEFENSE

Any claims asserted by Plaintiffs herein may be prescribed or barred by the applicable statute of limitations.

## SIXTH AFFIRMATIVE DEFENSE

Some or all of the State law claims asserted by Plaintiff are preempted by Federal law.

## SEVENTH AFFIRMATIVE DEFENSE

Some or all of the claims asserted by Plaintiff may be subject to binding arbitration.

## EIGHTH AFFIRMATIVE DEFENSE

SAXON has not breached any duty (the existence of which is denied) to Plaintiff.

## NINTH AFFIRMATIVE DEFENSE

Any damages sustained by Plaintiff (the existence of which damages is denied) were the result of acts or omissions of parties other than SAXON, for which SAXON is not legally responsible.

## TENTH AFFIRMATIVE DEFENSE

Plaintiff has not sustained any damages proximately caused by SAXON.

## ELEVENTH AFFIRMATIVE DEFENSE

SAXON reserves the right to assert any additional alternative defenses that my be discovered during the course of its investigation or discovery.

WHEREFORE, defendant SAXON prays as follows:

1.   That Plaintiff takes nothing by reason of his Petition, that judgment be rendered in favor of SAXON;

2.   That SAXON be awarded its costs of suit incurred in defense of this action; and

314540.1

3.    For such other relief as the Court deems proper.

Dated: April 8, 2010.

Respectfully submitted,

_Angelina Christina_
Raymond A. Chenault, T.A. (LA Bar No. 30438)
Angelina Christina (LA Bar No. 28530)
McGLINCHEY STAFFORD, PLLC
601 Poydras Street, Suite 1200
New Orleans, Louisiana 70130
Telephone (504) 586-1200
Facsimile (504) 596-2800
rchenault@mcglinchey.com
achristina@mcglinchey.com
Attorneys For Defendant,
SAXON Mortgage Services, Inc.

CERTIFIED TRUE C.    000199    DEPUTY CLERK OF COURT

JUDICIAL DISTRICT
EAST BATON ROUGE PARISH, LA.
FILED

2010 APR -8 PM 5:24

BY
DEPUTY CLERK & RECORDER FOR
DOUG WELBORN
CLERK OF COURT E.B.R. PARISH

314540.1

04/08/10  THU 14:34 FAX  1504360  MCGLINCHEY                                      Ø007

<u>CERTIFICATE OF SERVICE</u>

    I HEREBY CERTIFY that a copy of the above and foregoing has been served upon the

following counsel of record by depositing same in the U.S. Mail, postage prepaid and properly

addressed, on this 8th day of April, 2010:

Douglas M. Chapoton
Powers, Sellers, Mixon & Chapoton, LLP
7967 Office Park Blvd (70809)
P.O. Box 15948
Baton Rouge, LA 70895
**Attorneys for Plaintiff**


                                   _Angelina Christina_
                                    Angelina Christina

CERTIFIED TRUE COPY
000199
DEPUTY CLERK OF COURT

19th JUDICIAL DISTRICT
EAST BATON ROUGE PARISH, LA
FILED
2010 APR -8 PM 5: 24
DEPUTY CLERK & RECORDER FOR
DOUG WELBORN
CLERK OF COURT E.B.R. PARISH

314540.1

19th JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

NO. C587635                                            DIVISION "23"

HENRY J. CLARK

VERSUS

SAXON MORTGAGE COMPANY

FILED: _____    _____
                                            DEPUTY CLERK

<u>REQUEST FOR NOTICE</u>

Saxon Mortgage Services, Inc. incorrectly named by Plaintiff as Saxon Mortgage Company, Defendant, respectfully requests notice of all filings of pleadings, judgments, orders, and the fixing of trial dates pursuant to Articles 1913, 1914, and 1572 of the Louisiana Code of Civil Procedure.

Dated: April 8, 2010

Respectfully submitted,

Raymond A. Chenault, T.A. (LA Bar No. 30438)
Angelina Christina (LA Bar No. 28530)
McGLINCHEY STAFFORD PLLC
601 Poydras Street, Suite 1200
New Orleans, LA 70130
Telephone: (504) 586-1200
Facsimile: (504) 596-2800
rchenault@mcglinchey.com
achristina@mcglinchey.com

Attorneys for Defendant
Saxon Mortgage Services, Inc.



CERTIFIED TRUE COPY
000199
DEPUTY CLERK OF COURT

19TH JUDICIAL DISTRICT
EAST BATON ROUGE PARISH, LA
FILED
2010 APR -8 PM 5: 24
DEPUTY CLERK & RECORDER FOR
DOUG WELBORN
CLERK OF COURT E.B.R. PARISH

314540.1

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a copy of the above and foregoing has been served upon the

following counsel of record by depositing same in the U.S. Mail, postage prepaid and properly

addressed, on this 8th day of April, 2010:

Douglas M. Chapoton
Powers, Sellers, Mixon & Chapoton, LLP
7967 Office Park Blvd (70809)
P.O. Box 15948
Baton Rouge, LA 70895
**Attorneys for Plaintiff**

_____
Angelina Christina

CERTIFIED TRUE COPY

000199

DEPUTY CLERK OF COURT

EAST BATON ROUGE PARISH, LA
FILED

2010 APR -8 PM 5: 24

DEPUTY CLERK & RECORDER FOR
DOUG WELBORN
CLERK OF COURT E.B.R. PARISH

314540.1

HENRY J. CLARK    COST OK Amt. ✓    SUIT NO: 587,635  SECTION 23

AUG 13 2010    19ᵀᴴ JUDICIAL DISTRICT COURT

VS.    BY _____ DE.

DY CLERK OF COURT    EAST BATON ROUGE PARISH

SAXON MORTGAGE COMPANY    STATE OF LOUISIANA

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes Douglas M. Chapoton, with the law firm of Powers, Sellers, Mixon & Chapoton, LLP, who pursuant to the Uniform District Rules and the Rules of Professional Conduct, moves this court to enter an order of withdrawal from this suit as counsel of record for the plaintiff, Henry Clark, as follows:

1.

Douglas M. Chapoton and the firm of Powers, Sellers, Mixon & Chapoton, are counsel of record for the plaintiff, Henry Clark, in this litigation.

2.

Due to an impasse in strategy and resolution, which is subject to attorney-client privilege, it is no longer possible for Douglas M. Chapoton and the law firm of Powers, Sellers, Mixon & Chapoton to continue to represent the plaintiff, Henry Clark, in this proceeding.

3.

Therefore, Douglas M. Chapoton and the law firm of Powers, Sellers, Mixon & Chapoton, LLP, seek to withdraw as counsel of record for the plaintiff.

4.

Undersigned counsel certifies that pursuant to Uniform District Rule 9.13, he has sent correspondence to the plaintiff, Henry Clark, advising that movers would file the motion to withdraw as counsel for the plaintiff.

5.

Pursuant to Uniform District Rule 9.3(c)(4), undersigned counsel further certifies that the provisions of Uniform District Court Rule 9.3(a) and Rule 1.16 of the Rule of Professional Conduct have been complied with, to-wit:

(A)    the address for the plaintiff, Henry Clark, is as follows:

Henry J. Clark
1125 Mavis Drive
Baton Rouge, LA 70810

(B)    there is no hearing or trial date currently set.

REC'D C.P.

AUG 16 2010

REC'D C.P.

AUG 19 2010


EBR386131

6.

Pursuant to the Uniform District Rule 9.13(d)(2), this motion to withdraw may be granted

ex-parte, as no hearing or trial is currently scheduled in this matter.

**WHEREFORE,** movers pray that Douglas M. Chapoton and the law firm of Powers, Sellers,

Mixon & Chapoton, LLP, be withdrawn as counsel of record for the plaintiff, Henry Clark.

BY ATTORNEYS:
**POWERS, SELLERS, MIXON & CHAPOTON, LLP**

**Douglas M. Chapoton, Bar Roll No. 25616**
2967 Office Park Blvd.
P.O. Box 15948
Baton Rouge, Louisiana 70895
Telephone:     (225) 928-1951
Facsimile:      (225) 929-9834

HENRY J. CLARK·

VS.

SAXON MORTGAGE COMPANY

SUIT NO: 587,635   SECTION 23

19TH JUDICIAL DISTRICT COURT

EAST BATON ROUGE PARISH

STATE OF LOUISIANA

<u>ORDER</u>

Considering the foregoing Motion to Withdraw as Counsel of Record;

**IT IS ORDERED** that Douglas M. Chapoton with the law firm of Powers, Sellers, Mixon & Chapoton, LLP, as counsel for the plaintiff, Henry Clark, in the above captioned case, is hereby granted, and that Douglas M. Chapoton and the law firm of Powers, Sellers, Mixon & Chapoton, LLP, are hereby ordered withdrawn as counsel of record for the plaintiff, Henry Clark, in the above captioned matter.

Signed this ___17___ day of ___August_____ 2010 at Baton Rouge, Louisiana.

_____
JUDGE, 19th JUDICIAL DISTRICT COURT

<u>PLEASE  NOTIFY  ALL  COUNSEL  AND  PLAINTIFF,  HENRY  CLARK,  WITH  A
CERTIFIED COPY OF THIS ORDER.</u>

CERTIFIED TRUE COPY
968141
DEPUTY CLERK OF COURT

19TH JUDICIAL DISTRICT
EAST BATON ROUGE PARISH
FILED

2010 AUG 13  AM 10: 14

DEPUTY CLERK & RECORDER FOR
DOUG WELBORN
CLERK OF COURT E.B.R PARISH

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been duly furnished to all counsel of record via:

| | |
|---|---|
| Regular United States Mail | /   X   / |
| Certified Mail Return Receipt # _____ | /_____/ |
| Federal Express/UPS | /_____/ |
| Hand Delivered | /_____/ |
| Facsimile | /_____/ |

postage prepaid and properly addressed on this __11th__ day of __August__ 2010.

CERTIFIED TRUE COPY
968142
DEPUTY CLERK OF COURT

19TH JUDICIAL DISTRICT
EAST BATON ROUGE PARISH
FILED
2014 AUG 13 AM 10:14
BY: DEPUTY CLERK & RECORDER FOR
DOUG WELBORN
CLERK OF COURT E B R PARISH

HENRY J. CLARK                              SUIT NO: 587,635    SECTION 23

                                            19ᵀᴴ JUDICIAL DISTRICT COURT

VS.

                                            EAST BATON ROUGE PARISH

SAXON MORTGAGE COMPANY                      STATE OF LOUISIANA

## VERIFICATION

I, Douglas M. Chapoton, certify that I have read the foregoing Motion to Withdraw as

Counsel of record in the above captioned matter, and that all facts and allegations contained therein

are true and correct to the best of my knowledge, information, and belief.

_____
Douglas M. Chapoton, Bar No. 25616


Sworn before me, the undersigned Notary Public, at Baton Rouge, Louisiana, this 11th

day of August, 2010.


_____
Neil H. Mixon (LSBA #8728)
Notary Public
My commission expires at death.


CERTIFIED TRUE COPY    968143    DEPUTY CLERK OF COURT

19TH JUDICIAL DISTRICT
EAST BATON ROUGE PARISH
FILED

2010 AUG 13   AM 10: 14

DEPUTY CLERK & RECORDER FOR
DOUG WELBORN
CLERK OF COURT E.B.R PARISH

-1-

EBR386132

POWERS, SELLERS, MIXON & CHAPOTON, L.L.P.
ATTORNEYS AT LAW
7967 OFFICE PARK BLVD.
POST OFFICE BOX 15048
BATON ROUGE, LOUISIANA 70895
(225) 928-1951

FACSIMILE (225) 929-6634

Douglas M. Chapoton
dchapoton@powersfirm.com

August 11, 2010

Clerk of Court
Parish of East Baton Rouge
222 St. Louis Street
P.O. Box 1991
Baton Rouge, LA 70821

RE:    Henry J. Clark vs.  Saxon Mortgage Company
       *Suit No: 587,635; Section 23*
       Our File No.:    10188-1

Dear Clerk:

Please find enclosed an original and one copy of a Motion to Withdraw as Counsel of Record filed by undersigned counsel.  Please file the motion into the record, and please present the Order to the judge for his/her signature.  Please return a certified copy of the motion to me in the enclosed envelope.

According to your office, there are sufficient funds in the account to cover these costs.  Also, please return the unused funds in the account at your convenience.

Thank you for your attention to the above, and if you have any questions, please contact me.

Very truly yours,

Douglas M. Chapoton

DMC/mbb
Enclosures
cc:    Mr. Henry Clark

#166370v1<POWERS> -Clerk - Motion to Withdraw

REC'D C.P.

AUG 16 2010

REC'D C.P.

AUG 19 2010

19TH JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE
STATE OF LOUISIANA

NO: C5887635                                          DIVISION "23"

587635

HENRY J. CLARK                          PAUPER
                                                       FILED
VERSUS

SAXON MORTGAGE COMPANY                      JAN 11 2010

FILED: _____          DEPUTY CLERK        BY_____
                                                       DY CLERK OF COURT

1ST SUPPLEMENTAL AND AMENDING PETITION
FOR DAMAGES AND OTHER RELIEF

NOW INTO COURT, through undersigned counsel, comes *HENRY J. CLARK*, Plaintiff in

the above entitled and captioned matter, who advises that Petitioner pursuant to LSA-C.C.P. Art. 461

is entitled to and requests leave to file this 1ST Supplemental & Amending Petition and respectfully

prays for Judgment of this Honorable Court against defendant, as set forth as follows:

1.

Clark is the owner of a certain immovable property and the improvements thereon located

in East Baton Rouge Parish, State of Louisiana. The property bears municipal address 1125 Mavis

Drive, Baton Rouge, Louisiana.

3.

This property was burdened with a mortgage in favor of AMC Mortgage Services,

bearing loan number LN 0055188171.

4.

On or about July 7, 2006, Clark refinanced the mortgage with AMC Mortgage Services

through lender, Prime Key Mortgage, LLC.

5.

On July 7, 2006 Clark executed a note in the amount of $121,050.00 bearing an interest

rate of 9.990% with the first payment being due on September 1, 2006.

6.

Said note was secured with a mortgage burdening the property located at 1125 Mavis

Drive, Baton Rouge, Louisiana, 70810.

7.

Following the execution of the note and mortgage, Saxon Mortgage Company purchased

the note and had the mortgage assigned to it pursuant to the terms of the mortgage agreement.

8.

In February and March 2008, Clark had timely made the required payments to Saxon

Mortgage Company.

REC'D C.P.                    REC'D C.P.
JAN 14 2011                   JAN 12 2011


EBR571624

9.

Despite those timely payments, Saxon Mortgage Company, incorrectly reported that Plaintiff Clark was 30 and/or 60 days late on his payments of his loan to the three credit reporting firms known as Equifax, Experian, and Trans Union.

10.

Clark hired a law firm to remove the improperly reported credit issues; and after disputing the incorrect credit entries made by Saxon Mortgage Company with Equifax, Experian, and Trans Union, those Saxon's entries are still being reported that Plaintiff has made the faulty late mortgage payments.   Therefore, Equifax, Experian, and Trans Union are also being made defendants in this action for the reasons stated below.

11.

From May 2008 to the present, Clark's credit score and his ability to obtain loans has been destroyed, and has prohibited his ability to conduct his business as he had done in the past..

12.

Repeated demands have been made upon Saxon to remove the false reported data; but they have refused both before and after this suit has been filed.   The negligent reporting of Saxon Mortgage Company has not been cured as of this date.

13.

Upon information and belief, that Defendant's credit reporting was false and defendant intentionally gave false credit data of Plaintiff to the other companies.  Plaintiff believes that defendant's motive in refusing to correct the false reporting  was to prevent Plaintiffs from obtaining another credit and damage his credit reputation and permanently damage Plaintiff's ability to conduct his business.

## FIRST CLAIM FOR RELIEF

I.

Defendant, SAXON is a *"consumer reporting agency"* as defined in the Fair Credit Reporting Act [hereinafter FCRA].  Defendant prepared, issued, assembled, transferred and otherwise reproduced *"consumer reports,"* regarding Plaintiff as defined in the Fair Credit Reporting Act. *Defendant* failed to employ and use reasonable procedures to assure the maximum possible accuracy of consumer reports it prepared, issued, sold and published to third parties, including its subscribers and *Defendant* failed to comply with its obligations under the FCRA.  Defendant, through its fault, as described herein, caused great and irreparable injury to Plaintiff herein. Through its actions, inactions and conduct, Defendant, has, with willful intent to injure and/or malice, violated the FCRA, and defamed Plaintiff. Further, Defendant by its actions stated above, intentionally inflicted emotional distress on Plaintiff.

II.

*Defendant*'s publishing of false and inaccurate consumer reports, including credit scores

2

and denial codes has severely damaged the personal and consumer reputation of Plaintiff, and caused severe humiliation, and emotional distress and mental anguish, as well as other damages.

III.

Because of the faulty reporting of Saxon Mortgage Company and their refusal to timely correct those false entries and information from being supplied to other creditors , Clark has suffered these specific additional damages in the non-exclusive following ways:

1) Clark could not refinance his 2006 Volvo in order to increase cash flow;

2) Clark could not refinance his Mavis Drive home in order to increase cash flow;

3) Clark lost out on an investment opportunity of refinancing a HUD home in Baton Rouge because he could not get financing for $45,000.00 to buy the home, which he planned to repair and re-sell for approximately a $50,000.00 profit; and

4) Clark could not obtain any type of financing to open his prospective business, Henry Seafood, LLC, which has caused him substantial lost profits.

IV.

Therefore, Saxon Mortgage Company is liable to Henry J. Clark for all reasonable damages and lost business profits as alleged above, in addition to statutory, punitive or exemplary damages plus attorneys fees as may be awarded against the Defendant, *SAXON*, under the provisions of the Fair Credit Reporting Act plus interest from the date of judicial demand, and all costs of these proceedings.

### *SECOND CLAIM FOR RELIEF*

I.

Plaintiff repeats and incorporate by reference all paragraphs above; and Defendant which was accomplished by them making contact with the Plaintiffs by U.S. Mail, internet and telephone at the Plaintiff's residence and business are actions which also violate state laws which violated their right to privacy and other acts which caused damage to the Plaintiff including but not limited to, the following:

(a) The Defendant is liable to plaintiff under LSA-C.C. Art.§ 1953 et seq., 2315, 2316, 2317, 2320, and 2324 by their intentionally misrepresentations as to the their rights to collect and report a debt in an improper manner which at a time of the original reporting Plaintiff was not legally obligated to pay; and to intimidate the Plaintiff into disregarding his rights under the law to dispute the debt; and to intimidate the Plaintiff into paying a debt fearing that further legal action, would be taken against him if *immediate payment arrangements* were not made despite the fact that the payment on the mortgage had already been timely paid.

(b) The Defendant's actions violated the Unfair Trade Practices and Consumer Protections Laws of Louisiana which entitles Plaintiff to punitive and/or treble damages.

3

(c)   The Defendant's actions not only violate the law of this state but public policy as well by the improper credit reporting and collection methods described above used by defendant in collecting a consumer debt; and Defendant's acts as described above were done intentionally with the purpose of coercing Plaintiff to pay mortgage payment which were not due; and defendant is liable for all of the intentional or willful acts listed above or determined from the facts of this case pursuant to La. C. C. Article 2324.

(d)   As a result of the above violations of the state Act, the Defendant is liable to the Plaintiff in the sum of Plaintiff's actual damages, statutory damages, punitive and/or treble damages, penalties, attorney's fees, judicial interest for demand and costs.

### *THIRD CLAIM FOR DECLARATORY RELIEF*

#### I.

Also made defendants herein are  Equifax Credit Information Services, Inc., [EQUIFAX], TRANS UNION LLC and EXPERIAN INFORMATION SOLUTIONS, INC. [EXPLERIAN] are "consumer reporting agency" as defined in the Fair Credit Reporting Act.  These defendants based upon information and belief, maintains records on consumers, including Plaintiff, and stores said records on their computerized database owned by these defendants.  As stated above, these defendants have refused to timely correct the disputed errors in Plaintiff's report(s).        In this action, these Defendants  issued, assembled, transferred and published "consumer reports", regarding Plaintiff, as defined in the Fair Credit Reporting Act.

At all time relevant to this action, these Defendants have continually added, stored, maintained and disseminated personal and credit information about the Plaintiff which is false, erroneous and misleading, without employing procedures to ensure the maximum possible accuracy of the information disseminated.

#### II.

Defendants  EQUIFAX, TRANS UNION and EXPERIAN failed to employ reasonable procedures to timely and properly reinvestigate the accuracy of the negative credit entries upon being notified of Plaintiff's objection to such entries and Plaintiff's request that such information be deleted.

#### III.

Defendants EQUIFAX, TRANS UNION and EXPERIAN through their actions and inactions, as described herein, has caused great and irreparable injury to Plaintiff herein.

#### IV.

Defendants EQUIFAX, TRANS UNION and EXPERIAN are liable unto Plaintiff, in addition to compensatory damages, in a sum to be assessed by the trier of fact for

4

punitive/exemplary damages under common law, state laws, and/or for willful violation(s) of the provisions of the "Fair Credit Reporting Act".

V.

All of the types of injuries and harms incurred by plaintiff was foreseeable; and Defendant was in the best position to prevent the false consumer reports being sent and then having them removed to mitigate Plaintiff's damages. However, defendant still refuses to do so.

VI.

Plaintiff requests a trial by jury and Plaintiff respectfully requests that this Honorable Court instruct the jury, as the trier of facts, that in addition to actual or compensatory damages, punitive or exemplary damages may be awarded against the Defendants under the provisions of the Fair Credit Reporting Act and state laws.

WHEREFORE, PLAINTIFF HENRY J. CLARK prays that after all due proceedings be had there be judgment herein in favor of Plaintiff and against all Defendants as follows:

1)   That there be Judgment herein in favor of Plaintiff and against Saxon Mortgage Company, for all reasonable damages sustained by Plaintiff including but not limited to compensatory damages, the costs incurred in repairing Plaintiff's credit history, pain and suffering, emotional distress, and mental anguish, and for punitive damages, attorneys' fees, the costs incurred in bringing this action together with legal interest on all sums from date of judicial demand until paid; and

2)   That this Honorable Court order Equifax Credit Information Services, Inc., TRANS UNION LLC   and EXPERIAN INFORMATION SOLUTIONS, INC., and parties which supply information to such agencies, made defendants herein, to reinvestigate and correct the credit report(s) and credit history of Plaintiff.

Respectfully submitted,

JOSEPH G. ALBE, BAR # 16782
2331 CANAL STREET
New Orleans, La. 70119
(504) 821-6095
[504] 821-6096 [FAX]

5

19ᵀᴴ JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE
**STATE OF LOUISIANA**

NO: C5887635                                    DIVISION "23"

**HENRY J. CLARK**

**VERSUS**

**SAXON MORTGAGE COMPANY**

FILED: _____        _____
                                    **DEPUTY CLERK**

**ORDER**

CONSIDERING THE FORGOING:

IT IS HEREBY ORDERED that the Plaintiff is granted leave to file his 1ˢᵗ SUPPLEMENTAL & AMENDING PETITION FOR DAMAGES AND OTHER RELIEF.

Baton Rouge, Louisiana this 13 day of January, 2011.

_____
JUDGE, DIV. " ", 19ᵗʰ JDC

PLEASE SERVE:

SAXON MORTGAGE COMPANY
THROUGH THEIR ATTORNEY OF RECORD
RAYMOND A. CHENAULT,
McGLINCHEY STAFFORD, PLLC
601 POYDRAS ST., SUITE 1200
NEW ORLEANS, LA. 70130

EQUIFAX CREDIT INFORMATION SERVICES, INC.
THROUGH THEIR AGENT FOR SERVICE
CORPORATION SERVICE COMPANY
320 SOMERULOS ST.
BATON ROUGE, LA 70802-6129

TRANS UNION LLC
THROUGH THEIR AGENT FOR SERVICE
THE PRENTICE-HALL CORPORATION SYSTEM, INC.
320 SOMERULOS STREET
BATON ROUGE, LA 70802-6129

EXPERIAN INFORMATION SOLUTIONS, INC.
THROUGH THEIR AGENT FOR SERVICE
C T CORPORATION SYSTEM
5615 CORPORATE BLVD., SUITE 400B
BATON ROUGE, LA 70808

6

January 6, 2011
Page 1

## JOSEPH G. ALBE
### ATTORNEY AT LAW
## 2331 CANAL ST.,
## NEW ORLEANS, LA 70119
Louisiana Tel:   (504) 821-6095, Fax  (504) 821-6096
Licensed in Louisiana & Mississippi

POSTED
JAN 11 2011

CLERK OF COURT
EAST BATON ROUGE PARISH
P.O. BOX 1991F
BATON ROUGE, LA 70802

    RE:   HENRY J. CLARK V. SAXON MORTGAGE COMPANY, ET AL
    DOC. NO. C587635

Dear Clerk:

    Enclosed your will find Plaintiff's original 1ST SUPPLEMENTAL AND AMENDING PETITION FOR DAMAGES AND OTHER RELIEF together with service copies.  Additionally is an INFORMA PAUPERIS AFFIDAVIT which we are filing due to the dire financial situation that the Plaintiff is presently.  Please have these pleadings sent to the Judge for review and approval.  Please stamp the copy attached to the self addressed envelope also enclosed once the orders have been signed.  If you have any questions, please advise my office.

Very truly yours,

JOSEPH G. ALBE

REC'D C.P.
JAN 14 2011

REC'D C.P.
JAN 12 2011

COPIES SENT BACK

*HENRY J. CLARK*

PETITIONER

v.

*SAXON MORTGAGE Company*

DEFENDANT

_9TH JUDICIAL DISTRICT_ COURT

PARISH OF _EAST BATON ROUGE_

STATE OF LOUISIANA

DIVISION: _23_  NUMBER: _582,635_

FILED: _____  CLERK: _____

## IN FORMA PAUPERIS AFFIDAVIT

BEFORE ME, the undersigned Notary Public, duly commissioned and qualified in and for the state and parish aforesaid, personally came and appeared the undersigned, who, after being duly sworn by me, did depose and say that the following are true and correct statements of petitioner's financial condition:

1. Full Name: _Henry J. Clark_

2. Address:(*DO NOT put address here If asking that address be kept confidential to court*)
   _1125 Mavis, dr     Baton Rouge, la 70810_
   No. & Street         Apt. No.          City    State   Zip Code

3. Telephone Number (Home) _225-757-867_

4. Date of Birth (mo./day/yr.) _12/13/37_ Social Security Number _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_

5. Place of Birth _Gramercy, LA_

6. Marital Status: _____ single _____ married _____ separated _____ divorced _✓_ widowed

7. Petitioner's income:

   a. _____ Public benefits:

   _____ TANF            $_____ Monthly Amt.
   _✓_ SSI               $_972.00_ Monthly Amt.
   _✓_ Food Stamps       $_200.00_ Monthly Amt.
   _____ Other:          $_____ Monthly Amt.

OR

   b. _____ Petitioner's income is less than or equal to one hundred twenty five percent (125%)
   of the federal poverty level.

   c. _____ Employment:
   Name of employer: _Retried_
   Address: _____
   Telephone Number: _N/A_  Length of employment: _N/A_
   Wages: $ _0_ Weekly   $ _0_ Monthly

   d. _____ Other income (Source and amount): _None_

LPOR I
v.3

Page 1 of 4



EBR571625

8.  If married and living with spouse: _deceased_

    Spouse's Name: _____

    Name and address of employer: _____

    Wages: $_____ Weekly      $_____ Monthly

9.  Are you buying your home? ✓ Yes _____ No

    Address: _1125 Mavis, dr_

    Value of home: $155,000.00  Balance owed: $120,000.00

10. Do you own or have an interest in any other land? _____ Yes ✓ No

    If yes, state the nature of the property and its value: _____

    _____

11. Do you have any asset which is not shown above? _____ Yes ✓ No

    If yes, explain: _____

    _____

    _____

12. Is anyone dependent upon you for support? _____ Yes ✓ No

    If yes, state their names, ages and relationship to you: _____

    _____

    _____

    _____

13. List any debts you may have:

| CREDITOR | AMOUNT OWED |
|---|---|
| Saxon Mortgage | $120,000.00 |
| Wells Fargo Fin | $4,800.00 |
| Capital Auto Fin | $20,000.00 |
| Capital Credit Card | $900.00 |

14. Itemization of income and expenses on a per month basis:

    A.  Total gross monthly income            $972.00

    B.  Total monthly payroll deductions       $_____

    C.  Total net monthly income              $1,172.00

    D.  Monthly Expenses:

        1. Housing                  $1,200.00

        2. Food & household supplies  $250.00

        3. Clothing                 $_____

        4. Transportation            $952.77

        5. Medical & dental         $_____

        6. Utilities                $278.00

LPOR 1
v.2

## VERIFICATION

STATE OF LOUISIANA

PARISH OF _East Baton Rouge_

BEFORE ME, the undersigned Notary Public, duly commissioned and qualified in and for the state and parish aforesaid, personally came and appeared _HENRY J. CLARK_ who, after being duly sworn by me, did depose and say that s/he is the petitioner in the foregoing and s/he is unable to pay cost of court in advance, or as they accrue, or to furnish security therefore, because of her/his poverty and lack of means.

_____
PETITIONER-IN-RECONVENTION

SWORN TO AND SUBSCRIBED before me, Notary Public, on the _20th_ day of _October_ , _2010_, at _Baton Rouge_, Louisiana.

_____
NOTARY PUBLIC

KAREN HAYES GREEN
Notary Public
State of Louisiana
Notary ID Number 89717
East Baton Rouge Parish

## AFFIDAVIT

STATE OF LOUISIANA

PARISH OF _East Baton Rouge_

BEFORE ME, the undersigned Notary Public, duly commissioned and qualified in and for the state and parish aforesaid, personally came and appeared _Timothy J. Hawk_ who, after being duly sworn by me, did depose and say that s/he knows the petitioner, _HENRY J. CLARK_, knows her/his financial condition, and believes that s/he is unable to pay the cost of court in advance, or as they accrue, or to furnish security therefore.

_____

SWORN TO AND SUBSCRIBED before me, Notary Public, on the _20th_ day of _October_ , _2010_, at _Baton Rouge_, Louisiana.

_____
NOTARY PUBLIC

KAREN HAYES GREEN
Notary Public
State of Louisiana
Notary ID Number 89717
East Baton Rouge Parish

LPOR 1

Page 4 of 4

19TH JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE
STATE OF LOUISIANA

NO: C5887635                                          DIVISION "23"

HENRY J. CLARK

VERSUS

SAXON MORTGAGE COMPANY

FILED: _____                    _____
                                          DEPUTY CLERK

<u>ORDER</u>

CONSIDERING THE FORGOING PETITION AND AFFIDAVITS :

IT IS HEREBY ORDERED that the Plaintiff HENRY J. CLARK  is granted the right to

prosecute this litigation in accordance with Louisiana Code of Civil Procedure, Article 5181, without

paying the costs in advance or as they accrue or furnishing security therefor.

Baton Rouge, Louisiana this 13 day of January , 2011.


_____
JUDGE, DIV. "    ", 19th JDC

1

2407-11-000041

## SUPPLEMENTAL AND AMENDING CITATION

HENRY J. CLARK
(Plaintiff)

vs.

SAXON MORTGAGE COMPANY, ET AL
(Defendant)

NUMBER  C587635 SECTION 23

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

TO:   EQUIFAX CREDIT INFORMATION SERVICES, INC.
      THROUGH THEIR AGENT FOR SERVICE
      CORPORATION SERVICE COMPANY
      320  SOMERULOS STREET
      BATON ROUGE, LOUISIANA  70802-6129

The plaintiff has filed a Supplemental and Amended Petition; a certified copy is attached.

You must EITHER do what the Supplemental and Amended Petition asks OR, within at least ten (10) days you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana.

You may have longer than ten (10) days to respond, but ONLY IF you received this document within a certain legal time period: DO NOT WAIT MORE THAN TEN (10) DAYS TO RESPOND without legal advice.  If you do not do what the Supplemental and Amended Petition asks or file your answer or other legal pleading, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for East Baton Rouge Parish, on 24-JAN-2011.

SHARON ZITO, Deputy Clerk of Court for
Doug Welborn, Clerk of Court

Requesting Attorney: JOSEPH GERALD ALBE

*Also attached are the following documents:
1ST SUPPLEMENTAL AND AMENDING PETITION
FOR DAMAGES AND OTHER RELIEF

SERVICE INFORMATION:
Received on the _____ day of _____, 20_____ and on the _____ day of _____, 20_____, served on the above named party as follows:

PERSONAL SERVICE:  On the party herein named at _____.

DOMICILIARY SERVICE:  On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____

SECRETARY OF STATE:  By tendering same to the within named, by handing same to _____.

DUE AND DILIGENT:  After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

RETURNED:  Parish of East Baton Rouge, this _____ day of _____, 20_____.

SERVICE:     $_____
MILEAGE:     $_____          Deputy Sheriff
TOTAL:       $_____          Parish of East Baton Rouge

SUPPLEMENTAL AND AMENDING CITATION - 2407



EBR609971

2407-11-000042

# SUPPLEMENTAL AND AMENDING CITATION

| | |
|---|---|
| HENRY J. CLARK | NUMBER C587635 SECTION 23 |
| (Plaintiff) | |
| | 19th JUDICIAL DISTRICT COURT |
| VS. | |
| | PARISH OF EAST BATON ROUGE |
| SAXON MORTGAGE COMPANY, ET AL | STATE OF LOUISIANA |
| (Defendant) | |

TO:   TRANS UNION LLC
      THROUGH THEIR AGENT FOR SERVICE
      THE PRENTICE-HALL CORPORATION SYSTEM, INC.
      320 SOMERULOS STREET
      BATON ROUGE, LOUISIANA 70802-6129

The plaintiff has filed a Supplemental and Amended Petition; a certified copy is attached.

You must EITHER do what the Supplemental and Amended Petition asks OR, within at least ten (10) days you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana.

You may have longer than ten (10) days to respond, but ONLY IF you received this document within a certain legal time period: DO NOT WAIT MORE THAN TEN (10) DAYS TO RESPOND without legal advice. If you do not do what the Supplemental and Amended Petition asks or file your answer or other legal pleading, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for East Baton Rouge Parish, on 24-JAN-2011.

SHARON ZITO, *Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

Requesting Attorney: JOSEPH GERALD ALBE

*Also attached are the following documents:
1ST SUPPLEMENTAL AND AMENDING PETITION
FOR DAMAGES AND OTHER RELIEF

### SERVICE INFORMATION:

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:

PERSONAL SERVICE: On the party herein named at _____.

DOMICILIARY SERVICE: On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____

SECRETARY OF STATE: By tendering same to the within named, by handing same to _____.

DUE AND DILIGENT: After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

RETURNED: Parish of East Baton Rouge, this _____ day of _____, 20_____.

| | |
|---|---|
| SERVICE: | $_____ |
| MILEAGE | $_____ |
| TOTAL: | $_____ |

_____
Deputy Sheriff
Parish of East Baton Rouge

SUPPLEMENTAL AND AMENDING CITATION - 2407

EBR609974

2407-11-000043

# SUPPLEMENTAL AND AMENDING CITATION

HENRY J. CLARK
(Plaintiff)

NUMBER  C587635 SECTION 23

19th JUDICIAL DISTRICT COURT

VS.

PARISH OF EAST BATON ROUGE

SAXON MORTGAGE COMPANY, ET AL
(Defendant)

STATE OF LOUISIANA

TO:   EXPERIAN INFORMATION SOLUTIONS, INC.
THROUGH THEIR AGENT FOR SERVICE
CT CORPORATION SYSTEM
5615 CORPORATE BLVD., SUITE  400B
BATON ROUGE, LOUISIANA  70808

The plaintiff has filed a Supplemental and Amended Petition; a certified copy is attached.

You must EITHER do what the Supplemental and Amended Petition asks OR, within at least ten (10) days you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana.

You may have longer than ten (10) days to respond, but ONLY IF you received this document within a certain legal time period:  DO NOT WAIT MORE THAN TEN (10) DAYS TO RESPOND without legal advice.  If you do not do what the Supplemental and Amended Petition asks or file your answer or other legal pleading, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for East Baton Rouge Parish, on 24-JAN-2011.

SHARON ZITO, Deputy Clerk of Court for
Doug Welborn, Clerk of Court

Requesting Attorney: JOSEPH GERALD ALBE

*Also attached are the following documents:
1ST SUPPLEMENTAL AND AMENDING PETITION
FOR DAMAGES AND OTHER RELIEF

---

SERVICE INFORMATION:

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:

PERSONAL SERVICE:  On the party herein named at _____.

DOMICILIARY SERVICE:  On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

SECRETARY OF STATE:  By tendering same to the within named, by handing same to _____.

DUE AND DILIGENT:  After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

RETURNED: Parish of East Baton Rouge, this _____ day of _____, 20_____.

SERVICE:      $_____         _____
MILEAGE     $_____                    Deputy Sheriff
TOTAL:         $_____            Parish of East Baton Rouge

SUPPLEMENTAL AND AMENDING CITATION - 2407



EBR609976

**DOUG WELBORN, CLERK OF COURT**
19th Judicial District Court
Parish of East Baton Rouge
300 North Boulevard
Baton Rouge, LA 70801
Phone (225)389-3960

NO.   C587635 SECTION 23          24-JAN-2011

TO:   ORLEANS PARISH SHERIFFS OFFICE
      CIVIL DEPARTMENT
      421 LOYOLA AVE
      NEW ORLEANS, LA 70112

Please find attached (1) SUPPLEMENTAL AND AMENDING CITATION to be served in your parish for the above numbered suit.

Kindly make your return(s) on the duplicate(s) enclosed, and

X     note the enclosed check for payment of service;

☐     send us your bill for service;

☐     note that this is a pauper suit and no funds are available; or

☐     note that this is a government suit and no funds are necessary.

                              Thank You,

                              _____
                              SHARON ZITO, Deputy Clerk of Court for
                              Doug Welborn, Clerk of Court

Requesting Attorney:  JOSEPH GERALD ALBE

_____

REPLY:                    DATE:_____
_____
_____
_____
_____
_____

                          By:_____

                          Deputy Sheriff, Parish of _____


Letter to Out Of Parish Sheriff - 5213



EBR583648

2307-11-000019

## SUPPLEMENTAL AND AMENDING CITATION

HENRY J. CLARK
(Plaintiff)

vs.

SAXON MORTGAGE COMPANY, ET AL
(Defendant)

NUMBER C587635 SECTION 23

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

TO:    SAXON MORTGAGE COMPANY
       THROUGH THEIR ATTORNEY OF RECORD
       RAYMOND A. CHENAULT
       MCGLINCHEY STAFFORD, PLLC
       601 POYDRAS ST., SUITE 1200
       NEW ORLEANS, LOUISIANA 70130

The plaintiff has filed a Supplemental and Amended Petition*, a certified copy is attached.

You must EITHER do what the Supplemental and Amended Petition asks OR, within at least ten (10) days you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana.

You may have longer than ten (10) days to respond, but ONLY IF you received this document within a certain legal time period: DO NOT WAIT MORE THAN TEN (10) DAYS TO RESPOND without legal advice.

If you do not do what the Supplemental and Amended Petition asks or file your answer or other legal pleading, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for East Baton Rouge Parish, on 24-JAN-2011.

SHARON ZITO, Deputy Clerk of Court for
Doug Welborn, Clerk of Court

Requesting Attorney: JOSEPH GERALD ALBE
* Also attached are the following documents:
1ST SUPPLEMENT AND AMENDING PETITION
FOR DAMAGES AND OTHER RELIEF

### SERVICE INFORMATION:

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:

PERSONAL SERVICE: On the party herein named at _____

DOMICILIARY SERVICE: On the within named _____ by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____

DUE AND DILIGENT: After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

RETURNED: Parish of _____, this _____ day of _____, 20_____.

SERVICE:      $_____
MILEAGE       $_____          _____
TOTAL:        $_____              Deputy Sheriff

SUPPLEMENTAL AND AMENDING CITATION – GOP - 2307

EBR609964

2497-11-900042

## SUPPLEMENTAL AND AMENDING CITATION

HENRY J. CLARK
(Plaintiff)

vs.

SAXON MORTGAGE COMPANY, ET AL
(Defendant)

NUMBER: C587635 SECTION 23

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

TO:     TRANS UNION LLC
        THROUGH THEIR AGENT FOR SERVICE
        THE PRENTICE-HALL CORPORATION SYSTEM, INC.
        320 SOMERULOS STREET
        BATON ROUGE, LOUISIANA 70802-6129

The plaintiff has filed a Supplemental and Amended Petition; a certified copy is attached.

You must EITHER do what the Supplemental and Amended Petition asks OR, within at least ten (10) days you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana.

You may have longer than ten (10) days to respond, but ONLY IF you received this document within a certain legal time period. DO NOT WAIT MORE THAN TEN (10) DAYS TO RESPOND without legal advice. If you do not do what the Supplemental and Amended Petition asks or file your answer or other legal pleading, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for East Baton Rouge Parish, on 24-JAN-2011.

                                        SHARON ZITO, Deputy Clerk of Court for
                                        Doug Welborn, Clerk of Court

Requesting Attorney: JOSEPH GERALD AUBE

*Also attached are the following documents:
1ST SUPPLEMENTAL AND AMENDING PETITION
FOR DAMAGES AND OTHER RELIEF

### SERVICE INFORMATION:

Received on the 26 day of Jan, 20 11 and on the 26 day of Jan, 20 11, served on the above named party as follows:

PERSONAL SERVICE: On the party herein named at 320 Somerulos

DOMICILIARY SERVICE: On the within named _____ by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____

SECRETARY OF STATE: By tendering same to the within named, by handing same to _____.

DUE AND DILIGENT: After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

RETURNED: Parish of East Baton Rouge, this _____ day of _____, 20 ___.

SERVICE:        $ _____
MILEAGE:        $ _____
AL:             $ _____
                                        Deputy Sheriff
                                        Parish of East Baton Rouge

        SUPPLEMENTAL AND AMENDING CITATION - 1497

                                        FILED

                                        JAN 27 2011

                                        DEPUTY CLERK OF COURT

EBR576099

EBR609974

140 / 11 000043

## SUPPLEMENTAL AND AMENDING CITATION

HENRY J. CLARK
(Plaintiff)

vs.

SAXON MORTGAGE COMPANY, ET AL
(Defendant)

NUMBER  C587635 SECTION 23

19ᵗʰ JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

TO:    EXPERIAN INFORMATION SOLUTIONS, INC.
       THROUGH THEIR AGENT FOR SERVICE
       CT CORPORATION SYSTEM
       5615 CORPORATE BLVD., SUITE 400B
       BATON ROUGE, LOUISIANA 70808

The plaintiff has filed a Supplemental and Amended Petition; a certified copy is attached.

You must EITHER do what the Supplemental and Amended Petition asks OR, within at least ten (10) days you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana.

You may have longer than ten (10) days to respond, but ONLY IF you received this document within a certain legal time period:  DO NOT WAIT MORE THAN TEN (10) DAYS TO RESPOND without legal advice.  If you do not do what the Supplemental and Amended Petition asks or file your answer or other legal pleading, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for East Baton Rouge Parish, on 24-JAN-2011.

SHARON ZITO, Deputy Clerk of Court for
Doug Welborn, Clerk of Court

Requesting Attorney: JOSEPH GERALD ALBE

*Also attached are the following documents:
1ˢᵗ SUPPLEMENTAL AND AMENDING PETITION
FOR DAMAGES AND OTHER RELIEF

### SERVICE INFORMATION:

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20____ served on the above named party as follows:

PERSONAL SERVICE: On the party herein named at _____

DOMICILIARY SERVICE: On the within named _____ by leaving the same at the domicile in this parish in the hands of _____ a person of suitable age and discretion residing in the said domicile at _____

SECRETARY OF STATE: By tendering same to the within named, by handing same to _____

DUE AND DILIGENT: After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

RETURNED: Parish of East Baton Rouge, this _____ day of _____ 20____

MILE.    $ _____
PAGE:    $ _____
SUB:     $ _____

_____
Deputy Sheriff
Parish of East Baton Rouge

SUPPLEMENTAL AND AMENDING CITATION - 2497

JAN 2 6 2011

made service on the named party through the
CT Corporation
tendering a copy of this document to
☐ LISA ULRICH  ☐ FREDERICK THOMAS
☒ LINETTE BASS  ☐ JULIE CHISM
Parish of East Baton Rouge

FILED

JAN 27 2011

DEPUTY CLERK OF COURT

EBR576075

EBR609976

1407-11-000041

## SUPPLEMENTAL AND AMENDING CITATION

HENRY J. CLARK
(Plaintiff)

vs.

BARON MORTGAGE COMPANY, ET AL
(Defendant)

NUMBER  C587635 SECTION 23

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

TO:    EQUIFAX CREDIT INFORMATION SERVICES, INC.
THROUGH THEIR AGENT FOR SERVICE
CORPORATION SERVICE COMPANY
320 SOMERULOS STREET
BATON ROUGE, LOUISIANA  70802-6129

The plaintiff has filed a Supplemental and Amended Petition; a certified copy is attached.

You must EITHER, do what the Supplemental and Amended Petition asks OR, within at least ten (10) days you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana.

You may have longer than ten (10) days to respond, but ONLY IF you received this document within a certain legal time period:  DO NOT WAIT MORE THAN TEN (10) DAYS TO RESPOND without legal advice.  If you do not do what the Supplemental and Amended Petition asks or file your answer or other legal pleading, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for East Baton Rouge Parish, on 24-JAN-2011.

SHARON ZITO, Deputy Clerk of Court for
Doug Welborn, Clerk of Court

Requesting Attorney: JOSEPH GERALD ALBE

*Also attached are the following documents:
1st SUPPLEMENTAL AND AMENDING PETITION
FOR DAMAGES AND OTHER RELIEF

JAN 26 2011

SERVICE INFORMATION:
Received on the _____ day of _____, 20___ and on the _____ day of _____, 20___, served on the above named party as follows:

PERSONAL SERVICE:  On the party herein named at _____

DOMICILIARY SERVICE:  On the within named _____ by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____

SECRETARY OF STATE:  By tendering same to the within named, by handing same to _____

DUE AND DILIGENT:  After diligent search and inquiry, was unable to serve within named _____ or his domicile, or anyone legally authorized to represent him.

RETURNED: Parish of East Baton Rouge, this _____ day of _____, 20___

SERVICE:       $ _____
MILEAGE:       $ _____
               $ _____

Deputy Sheriff
Parish of East Baton Rouge

SUPPLEMENTAL AND AMENDING CITATION - 1407

EBR576076

EBR609971

FILED
JAN 27 2011

DEPUTY CLERK OF COURT