UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CONSOLIDATED WITH

HENRY J. CLARK

VERSUS

SAXON MORTGAGE COMPANY,
ET AL.

CIVIL ACTION

NO. 11-65-JJB

## NOTICE AND ORDER

Considering the motion to remand (doc. 4) presently pending before the magistrate judge for report and recommendation;

IT IS ORDERED the substantive motions (docs. 8 and 9) to dismiss or for more definite statement be DISMISSED from the court's docket, reserving defendants the right to refile their motions to dismiss if and when the court determines that it has removal jurisdiction.

Baton Rouge, Louisiana, February 15th, 2011.

_____
JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA