UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

HENRY J. CLARK

VERSUS

SAXON MORTGAGE COMPANY, ET AL.

CIVIL ACTION

NO. 11-cv-65-JJB

### JUDGMENT

For written reasons assigned:

It is hereby ORDERED, ADJUDGED, and DECREED that judgment be entered in favor of defendants and against plaintiff.

Signed in Baton Rouge, Louisiana, on May 15, 2012.

---
**JAMES J. BRADY, DISTRICT JUDGE**
**MIDDLE DISTRICT OF LOUISIANA**